1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOSEPH NEUFELD, JR.,    ) | 1:06-CV-00779 OWW LJO HC |
|        ) | |
|     Petitioner,    ) | ORDER ADOPTING FINDINGS AND |
|        ) | RECOMMENDATION |
|        ) | [Doc. #4] |
|    v.    ) | |
|        ) | ORDER DISMISSING PETITION FOR WRIT |
|        ) | OF HABEAS CORPUS |
| MACK WIMBISH COUNTY SHERIFF,    ) | |
|        ) | ORDER DIRECTING CLERK OF COURT |
|     Respondent.    ) | TO ENTER JUDGMENT |
|        ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 18, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DISMISSED for Petitioner's failure to prosecute. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within ten (10) days of the date of service of the order. Over ten (10) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings

U.S. District Court

E. D. California

cd

1

1  and Recommendation is supported by the record and proper analysis.

2        Accordingly, IT IS HEREBY ORDERED that:

3        1. The Findings and Recommendation issued September 18, 2006, is ADOPTED IN FULL;

4        2. The petition for writ of habeas corpus is DISMISSED; and

5        3. The Clerk of the Court is DIRECTED to enter judgment.

6  IT IS SO ORDERED.

7  **Dated:   October 19, 2006**                                    **/s/ Oliver W. Wanger**
   emm0d6                                                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court
E. D. California       cd

2